# EXHIBIT A



Singing River
Health System

P.O. Box 989728
West Sacramento, CA 95798-9728

Erica Williams



Enrollment Code: ███

To Enroll, Scan the QR Code Below:

SCAN ME

Or Visit:
https://response.idx.us/singingriver

January 12, 2024

**NOTICE OF DATA EVENT**

Dear Erica Williams:

Singing River Health System, for itself and on behalf of its wholly owned subsidiary Singing River Gulfport (collectively "Singing River"), is writing to inform you of a data security incident that may have impacted some of the information stored within our computer environment. We take this issue seriously and are providing you with information about the event and steps you may take to help protect your personal information, should you feel it is appropriate to do so.

**What Happened?** On August 19, 2023, Singing River was the victim of a malicious and sophisticated ransomware attack. We promptly took steps to secure our systems, and with the assistance of third-party forensic specialists, conducted an investigation to confirm the nature and scope of the incident. Through the investigation, we identified unauthorized access within our environment between August 16 and August 18, 2023. Following this determination, we are notifying all individuals whose information may have been included in the impacted files. Although we have no indication of any misuse of your personal information as a result of this event, out of an abundance of caution, we are providing notice to individuals who may have been impacted.

**What Information Was Involved?** The investigation determined that the information potentially impacted *may* include your name, date of birth, address, Social Security number, medical information, and health information. We have no evidence that any of your information was used for identity theft or fraud.

**What We Are Doing.** We take this incident and the obligation to safeguard the information in our care very seriously. After discovering the incident, we promptly took steps to confirm our system security, and engaged with a third-party forensic specialist to assist in conducting a comprehensive investigation. As an added precaution, we are offering 12 months months of credit monitoring and identity restoration services through IDX. If you wish to activate these complimentary services, you may follow the instructions included in the attached *Steps You Can Take to Help Protect Personal Information*. If you elect to activate these services, you must enroll in these services directly as we are unable to act on your behalf to do so.

**What You Can Do.** We encourage you to remain vigilant against incidents of identity theft and fraud by reviewing your account statements and monitoring your free credit reports for suspicious activity and to detect errors over the next 12 to 24 months.