## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**ERICA WILLIAMS** *individually and on behalf of all others similarly situated*　　　　　　　　　　**PLAINTIFF**

**v.**　　　　　　　　　　**CAUSE NO. 1:24-cv-24-LG-RPM**

**SINGING RIVER HEALTH SYSTEM**

　　　　　　　　　　**DEFENDANT**

### ORDER DENYING MOTION TO DISQUALIFY

**BEFORE THE COURT** is the [3] Motion to Disqualify filed by Defendant Singing River Health System. The Motion raises the issue that certain counsel who were included on the [1] Complaint thereby made an appearance in this cause despite not yet having been admitted to practice *pro hac vice* before the Court. The Court held a telephonic conference on this matter on April 30, 2024, and heard numerous arguments from both parties on the issue. After considering these arguments, the Court is satisfied that counsel understands the nature of the violation and will not repeat the mistake. Hence, the Court finds that the [3] Motion to Disqualify should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [3] Motion to Disqualify filed by Defendant Singing River Health System is **DENIED.**

**SO ORDERED AND ADJUDGED** this the 30th day of April, 2024.

　　　　　　　　　　s/ *Louis Guirola, Jr.*
　　　　　　　　　　Louis Guirola, Jr.
　　　　　　　　　　United States District Judge