IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ERICA WILLIAMS, et al.** | § | **PLAINTIFFS** |
| | § | |
| **v.** | § | **Civil No. 1:24-cv-24-HSO-MTP** |
| | § | |
| **SINGING RIVER HEALTH SYSTEM,** *doing business as* **SINGING RIVER GULFPORT, et al.** | § | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered herewith, the Court finds that this civil action should be dismissed without prejudice for lack of subject-matter jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(1).

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 28th day of August, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE